**MEMO ENDORSED**

5/11/10

**SCANNED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------x
United States of America

v.

Daniel Tzvetkoff,

　　　　Defendant.
-----------------------------------------------x

MOTION TO
ADMIT COUNSEL
*PRO HAC VICE*

10 Cr. 336 (LAK)

PURSUANT TO RULE 1.3(C) OF THE Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Lawrence S. Goldman, Esquire, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Robert M. Goldstein, Esquire |
| Attorney I.D. No.: | BBO No. 630584 |
| Address: | 20 Park Plaza, Suite 1000 |
| City/State/Zip: | Boston, Massachusetts 02116 |
| Phone Number: | 617-742-9015 |
| Fax Number: | 617-742-9016 |
| Email Address: | rmg@goldstein-lawfirm.com |

SO ORDERED

LEWIS A. KAPLAN, USDJ

Robert M. Goldstein, Esquire is a member in good standing of the Bar of the Commonwealth of Massachusetts.

There are no pending disciplinary proceedings against Robert M. Goldstein, Esquire in any State of Federal Court.

Dated:　　April 29, 2010
　　　　　　New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 5/20/10

Respectfully submitted,

Lawrence S. Goldman, Esquire (LG-8257)