**MEMO ENDORSED**

*Robert M. Goldstein*
*Attorney at Law*
*The Statler Building*
*20 Park Plaza, Suite 1000*
*Boston, Massachusetts 02116*
*(617) 742-9015 Facsimile (617) 742-9016*
*rmg@goldstein-lawfirm.com*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/14

July 31, 2014

**Via Federal Express Delivery**
The Honorable Lewis A. Kaplan
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
AUG 01 2014
JUDGE KAPLAN'S CHAMBERS

Re: **United States v. Daniel Tzvetkoff**
    **10 Cr. 336 (LAK)**

Dear Judge Kaplan:

I am writing to request an order discharging the bond entered in this matter, such that the cash bail tendered on Mr. Tzvetkoff's behalf can be returned to the appropriate persons. As grounds and reasons for this request, Mr. Tzvetkoff has been sentenced by the Court, and judgment has entered. *See* Dkt. 277.

The government, by and through Arlo Devlin-Brown, assents to the relief requested herein.

Respectfully submitted,

Robert M. Goldstein
Counsel for Daniel Tzvetkoff

cc: Arlo Devlin-Brown
    Assistant U.S. Attorney

Granted on consent

LEWIS A. KAPLAN, USDJ
9/16/14



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 12, 2014

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Daniel Tzvetkoff, 10 Cr. 336 (LAK)

Dear Judge Kaplan:

The Government writes to convey that it has no objection to the request of Daniel Tzvetkoff, the defendant, for an order directing that all security for the bond in this case be released in view of the fact that a final judgment has been entered in this case and the defendant has completed his sentence.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:   /s/
Arlo Devlin-Brown
Assistant United States Attorney
(212) 637-2506

Cc (by email): Robert Goldstein, Esq.